UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROSHDY ATTIA,<br><br>            Plaintiff,<br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | 1:06-cv-00778-SMS<br><br>ORDER DIRECTING THE FILING OF<br>SUPPLEMENTAL BRIEFS |

    Pending before the Court is Plaintiff's motion for attorney's fees and costs under the Equal Access to Justice Act, filed on November 5, 2007. The Court has reviewed the motion and the opposition filed by Defendant. The Court notes that the judgment in favor of Plaintiff was entered on September 24, 2007. It appears that Plaintiff's application for fees may be premature in that it may have been filed before the commencement of the thirty-day period for filing such an application provided for by 28 U.S.C. § 2412(d)(1)(B) and (G).

    The Court needs briefing on whether Plaintiff's motion was timely or premature, and if premature, the legal effect of the timing of the motion, including the propriety of the Court's

1

1  proceeding to consider the merits of the motion.
2       Defendant IS DIRECTED to file a supplemental letter brief
3  fully addressing the facts and all the pertinent law concerning
4  these issues no later than March 10, 2008.
5       Plaintiff IS DIRECTED to file a responsive supplemental
6  letter brief fully addressing the facts and all the pertinent law
7  no later than fifteen days after the date of the filing of
8  Defendant's supplemental brief.
9
10 IT IS SO ORDERED.
11 **Dated:   February 21, 2008**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE